**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CAUSE NO.: 2:05-CR-124-JTM-PRC |
| ) | |
| BEN HICKMAN, JR., ) | |
| Defendant. ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO:   THE HONORABLE JAMES T. MOODY,
      UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On December 19, 2016, the United States Government appeared by counsel Assistant United States Attorney Thomas Mahoney. Defendant Ben Hickman, Jr. appeared in person and by counsel Scott King and in the custody of the United States Marshal. United States Probation Officer Louis Fuentes appeared.

Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On January 26, 2006, the Defendant Ben Hickman, Jr. pled guilty to the Count III charge in the Indictment (Distribution of Five Grams or More of Crack Cocaine).

On August 17, 2006, Judge James T. Moody originally sentenced the Defendant Ben Hickman, Jr. to, among other things, 48 months of supervised release subject to specified written terms and conditions.

On November 9, 2015, the Government filed a Petition alleging that the Defendant violated the terms and conditions of his supervised release. (Docket entry 116). On November 10, 2015, an arrest warrant was issued. On November 12, 2015, the Defendant Ben Hickman, Jr. was arrested.

On November 12, 2015 the Initial Appearance was held.

On December 15, 2016, the U.S. Probation Office filed a Summary Report of Violations. (Docket entry 150).

On December 6, 2016, the Defendant Ben Hickman, Jr., by counsel, filed a Motion to Transfer to Magistrate Judge, which was granted.

On December 7, 2016, Judge James Moody issued an Order Referring Case for a Report and Recommendation for the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. §§ 3401(i) and 3583(c) and Federal Rule of Criminal Procedure 32.1.

As a result of the December 19, 2016, Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1. The Defendant Ben Hickman, Jr. has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2. The Defendant Ben Hickman, Jr. understands the proceedings, allegations and his rights;

3. The Defendant Ben Hickman Jr. knowingly and voluntarily admitted that he committed each of the violations set forth in the November 9, 2015 Petition (docket entry 116) and that those allegations are true, except that his admission is to Possession of Cocaine rather than Distribution of Cocaine;

4. This violation is a Grade A violation, the Defendant's criminal history category is VI, the advisory guideline range is 24 to 30 months imprisonment, and the statutory maximum sentence that may be imposed is 36 months imprisonment.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James Moody that:

6. The Defendant Ben Hickman, Jr. be adjudged to have committed a violation of his supervised release described in the November 9, 2015 Petition (docket entry 116), except that it is for Possession of Cocaine rather than Distribution of Cocaine;

7. The supervised release of the Defendant Ben Hickman, Jr. be revoked;

8. The Defendant Ben Hickman, Jr. be ordered committed to the United States Bureau of Prisons forthwith to serve 24 months of additional imprisonment therein;

9. After successful completion of the additional term of imprisonment the Defendant Ben Hickman, Jr. not continue on supervised release;

10. The Defendant Ben Hickman, Jr. be granted credit for time served from November 1, 2016, on this supervised release revocation matter;

11. The Court recommend that the Defendant Ben Hickman, Jr. be placed in a halfway house, if available, when appropriate according to U.S. Bureau of Prisons guidelines.

Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

So ORDERED this 19th day of December, 2016.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT